**ENOVSYS LLC, Plaintiff-Appellant**

v.

**AT&T MOBILITY LLC, AT&T Mobility II LLC, Defendants-Cross-Appellants**

**2016-1691**
**2016-1767**

United States Court of Appeals,
Federal Circuit.

March 10, 2017

BRUCE G. CHAPMAN, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for plaintiff-appellant.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, argued for defendants-cross-appellants. Also represented by BRYANT C. BOREN, JR., ELIOT DAMON WILLIAMS, Palo Alto, CA; TIMOTHY S. DURST, BRIAN DOUGLAS JOHNSTON, Dallas, TX.

(Dyk, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**